UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 25-64 (PAM/SGE) |
| Plaintiff, | |
| v. | **ORDER** |
| Jose Andres Velazquez-Bravo, | |
| Defendant. | |

_____

This matter is before the Court on the Motion of the United States to dismiss the Indictment without prejudice, pursuant to Fed. R. Crim. P. 48(a).

Accordingly, **IT IS HEREBY ORDERED that:**

1. The Government's Motion to Dismiss (Docket No. 24) is **GRANTED**; and

2. The Indictment (Docket No. 14) is **DISMISSED without prejudice**.

Dated: June 27, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge